IN RE: THE PROCTER & GAMBLE
COMPANY, Appellant

2015–1680

United States Court of Appeals,
Federal Circuit.

August 8, 2016

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for appellant. Also represented by CALVIN P. GRIFFITH, DAVID MICHAEL MAIORANA, Cleveland, OH; STEVEN W. MILLER, The Procter & Gamble Company, Cincinnati, OH.

JOSEPH GERARD PICCOLO, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, AMY J. NELSON, SCOTT WEIDENFELLER.

Per Curiam (Wallach, Hughes, and Stoll, Circuit Judges).

### JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

SECURE AXCESS, LLC,
Plaintiff–Appellant

v.

NINTENDO OF AMERICA
INC., Nintendo Co., Ltd.,
Defendants–Appellees

2015-1971

United States Court of Appeals,
Federal Circuit.

August 8, 2016

TIMOTHY JOHN BILLICK, I, Mann Law Group, Seattle, WA, argued for plaintiff-appellant. Also represented by PHILIP P. MANN.

STEPHEN R. SMITH, Cooley LLP, Washington, DC, argued for defendants-appellees. Also represented by PHILLIP EDWARD MORTON, ROSE S. WHELAN.

(Lourie, O'Malley, and Taranto, Circuit Judges ).

PER CURIAM

### JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED

**AFFIRMED.** *See* **Fed. Cir. R. 36.**